COURT OF APPEALS
 TENTH DISTRICT OF TEXAS
 center10985500
 September 28, 2016
 No. 10-16-00068-CV
 IN THE INTEREST OF G.P., A CHILD
 
 center-4254500
 From the 74[th] District Court
 McLennan County, Texas
 Trial Court No. 2014-4864-3
 
--------------------------------------------------------------------------------
JUDGMENT

 This Court has reviewed the briefs of Stephanie Whitehead and the Texas Department of Family and Protective Services and the record in this proceeding as relevant to the issues raised and finds no reversible error has been presented. This Court has also considered the Anders brief and the record as relevant to Morris Patrick. It is the judgment of this Court that the trial court's judgment signed on February 10, 2016 is affirmed.
 It is further ordered that the Texas Department of Family and Protective Services is awarded judgment against Morris Patrick and Stephanie Whitehead jointly and severally for the appellate costs that were paid, if any, by the Texas Department of Family and Protective Services; and all unpaid appellate court costs, if any, are taxed against Morris Patrick and Stephanie Whitehead.
 A copy of this judgment will be certified by the Clerk of this Court and delivered to the trial court clerk for enforcement.
 PER CURIAM
 SHARRI ROESSLER, CLERK 
3040380-1206500
954156828923500 By: ___________________________
 Nita Whitener, Deputy Clerk